No. 557, Misc. WOODS v. RHAY, PENITENTIARY SUPERINTENDENT. Sup. Ct. Wash. Certiorari denied.

No. 571, Misc. COLEMAN v. PEYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 578, Misc. JAMES v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 591, Misc. OLDEN v. ELGIN ET AL. C. A. 9th Cir. Certiorari denied.

No. 592, Misc. MILBRADT v. WASHINGTON ET AL. Sup. Ct. Wash. Certiorari denied.

No. 593, Misc. DAVIS v. MYERS, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 595, Misc. MADDAUS v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 598, Misc. GREEN v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 599, Misc. BEY ET AL. v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 601, Misc. POULSON v. TURNER, WARDEN. C. A. 10th Cir. Certiorari denied.